# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

UNITED STATES OF AMERICA

    VS                                               CASE NO.  3:08mj322/MD

RICHARD P. ALMEIDA

### REFERRAL AND ORDER

Referred to Magistrate Judge Davis on   January 30, 2009

Type of Motion/Pleading: Motion for Order of Dismissal (of Count 2 only)

Filed by: USA              on 1/30/09      Document 16

( ) Stipulated/Consented/Joint Pleading

RESPONSES:

        on _____ Doc.# _____

        on _____ Doc.# _____

WILLIAM M. McCOOL, CLERK OF COURT

*/s/ Joanne Ahr*

Deputy Clerk: Joanne Ahr

### ORDER

Upon consideration of the foregoing, it is ORDERED this __30th__ day of January, 2009, that:

(a) The requested relief is GRANTED.

(b) _____

*/s/ Miles Davis*

MILES DAVIS
UNITED STATES MAGISTRATE JUDGE

Entered On Docket: 1-30-09  By: /s/

Rules 58 & 79(a) FRCP or 32(d)(1) & 55 FRCRP

Copies sent to: Weikert, Lockhart

Document No.